IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR 120-053
)
KHALLID MARQWESE WRIGHT )

## ORDER

After a careful, *de novo* review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion

and **DENIES** Defendant's motions to suppress, (doc. no. 25).

SO ORDERED this 25th day of May , 2021, at Augusta, Georgia.

_____

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA